IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JUAN CHAVEZ, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL NO. 3:26-CV-281-B-BK |
| § | |
| SUPERIOR COURT OF LOS ANGELES § | |
| COUNTY CALIFORNIA, ET AL., § | |
| Respondents. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16th day of March, 2026.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE